UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

DUANE A. NICHOLS                                          Case No. 10-08748-BKC-3F7

_____Debtor(s)._____

### TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: household furnishings, furs, jewelry, firearms and sports equipment, for the sum of $2,000.00, which has been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 3, 2011.

GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October 3, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**DUANE A. NICHOLS**  Case No. **10-08748-BKC-3F7**

_____**Debtor(s).**_____

### CERTIFICATE OF SERVICE OF TRUSTEE'S
### NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October __3__, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

_____
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

Label Matrix for local noticing
113A-3
Case 3:10-bk-08748-JAF
Middle District of Florida
Jacksonville
Mon Oct  3 10:22:01 EDT 2011

A.G. Adjustments, Ltd.
PO Box 9090
Melville, NY  11747-9090

AT&T Advertising & Publishing
PO Box 105024
Atlanta, GA  30348-5024

Accelerated Receivables Mgnt
3219 Atlantic Blvd.
Jacksonville, FL 32207-8901

Advanced Call Center Technologies, LLC
PO Box 8457
Gray, TN 37615-0457

Advanced Disposal
7580 Phillips Hwy.
Jacksonville, FL 32256-6810

Alan M. Kapson
PO Box 1439
Melville, NY 11747-0239

Amanda L. Chapman
Greenspoon Marder, P.A.
201 E. Pine Street, Suite 500
Orlando, FL 32801-2718

American Industrial Leasing Co
PO Box 683
Brookfield, WI  53008-0683

Ashley Funding Services LLC its successors a
assigns as assignee of Reimbursement
Technologies, Inc
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Associated Recovery Systems
PO Box 463023
Escondido, CA 92046-3023

BB&T
2301 Lucien Way, Ste. 395
Maitland, Florida 32751-7025

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Bank of America
PO Box 15726
Wilmington, DE  19886-5726

Bank of America
PO Box 22031
Greensboro, NC 27420-2031

Jeffrey R Becker
Hiday & Ricke PA
Post Office Box 550858
Jacksonville, FL 32255-0858

Branch Banking and Trust Company
c/o Jason A. Rosenthal, Esq.
The Rosenthal Law Firm, P.A.
4798 New Broad Street
Suite 310
Orlando, FL 32814-6436

Cabela's Visa Center
PO Box 82609
Lincoln, NE  68501-2609

Campus USA Credit Union
c/o Hiday & Ricke, P.A.
P.O. Box 550858
Jacksonville, FL 32255-0858

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Cintas Fire Protection
5863 W. Beaver St.
Jacksonville, FL 32254-2868

Cobblestone Emergency Physicians
PO Box 37608
Philadelphia, PA 19101-0608

Comcast Spotlight
PO Box 100495
Atlanta, GA  30384-0495

Creditors Exchange
80 Holtz Drive
Buffalo, NY 14225-1470

Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044-1500

Gregory K Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

ER Solutions
PO Box 9004
Renton, WA 98057-9004

Edging Success
PO Box 353438
Palm Coast, FL 32135-3438

FFCC-Florida, Inc.
PO Box 3521
Akron, OH  44309-3521

FIA Card Services, NA/Bank of America
by American InfoSource LP as its agent
PO Box 248809
Oklahoma City, OK  73124-8809

| | | |
|---|---|---|
| First Bankcard<br>PO Box 3331<br>Omaha, NE 68103-0331 | Flagler Hospital<br>400 Health Park Blvd.<br>Saint Augustine, FL 32086-5790 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Frontline Asset Strategies<br>1935 West County Rd. B2<br>Suite 425<br>Roseville, MN 55113-2797 |
| GE Capital<br>PO Box 7274-7878<br>Philadelphia, PA 19170-7878 | GM Business Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Home Depot Credit Services<br>PO Box 6029<br>The Lakes, NV 88901-6029 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Idearc Media<br>PO Box 619810<br>D/FW Airport, TX 75261-9810 | Johnson Wholesale Floors, Inc.<br>1874 DeFoor Ave., NW<br>Atlanta, GA 30318-3039 |
| Johnson, Morgan & White<br>6800 Broken Sound Parkway<br>Boca Raton, FL 33487-2721 | Nina M LaFleur<br>PO Box 861128<br>St. Augustine, FL 32086-1128 | Laufen International<br>4244 Mount Pleasant St., NW<br>Suite 100<br>North Canton, OH 44720-5469 |
| Leading Edge Recovery Solutions<br>PO Box 129<br>Linden, MI 48451-0129 | McCarthy, Burgess & Wolfe<br>The MB&W Building<br>26000 Cannon Rd.<br>Cleveland, OH 44146-1807 | Mobile Mini, Inc.<br>7420 S. Kyrene Rd., Ste. 101<br>Tempe, AZ 85283-4678 |
| Jennifer L Morando<br>The Rosenthal Law Firm PA<br>4798 New Broad Street<br>Suite 310<br>Orlando, FL 32814-6436 | Morris Communications<br>PO Box 1486<br>Augusta, GA 30903-1486 | Duane A. Nichols<br>9465 Cowpen Branch Rd.<br>Hastings, FL 32145-5813 |
| Pantaleon Pathology Lab<br>PO Box 3543<br>St. Augustine, FL 32085-3543 | Quickbooks - Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184 | Rauch-Milliken International, Inc.<br>PO Box 8390<br>Metairie, LA 70011-8390 |
| Jason A Rosenthal<br>The Rosenthal Law Firm PA<br>212 Pasadena Place<br>Suite A<br>Orlando, FL 32803-3862 | Shoreline Flooring Supplies<br>7380 Phillips Hwy, Suite 204<br>Jacksonville, FL 32256-6832 | St. Johns County Tax Collector<br>Dennis W. Hollingswo<br>Post Office Box 9001<br>Saint Augustine FL 32085-9001 |
| St. Johns Radilology Associates<br>PO Box 956789<br>Duluth, GA 30095-6789 | Storm, Balgeman, Miller & Klippel, SC<br>1011 North Mayfair Road<br>Suite 200<br>Wauwatosa, WI 53226-3431 | SuperMedia<br>5601 Executive Dr<br>Irving Tx 75038-2508 |

| | | |
|---|---|---|
| Szabo Associates, Inc.<br>3355 Lenox Road, NE<br>Ninth Floor<br>Atlanta, GA 30326-1394 | The Complete Phone Book<br>454 S. Yonge St.<br>Ormond Beach, FL 32174-7596 | The Rosenthal Law Firm<br>4798 New Broad Street, Ste. 310<br>Orlando, FL 32814-6436 |
| Transworld Systems, Inc.<br>9525 Sweet Valley Drive<br>Valley View, OH 44125-4237 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 | United States Trustee - JAX 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 |
| Vengroff, Williams & Associates, Inc.<br>PO Box 4155<br>Sarasota, FL 34230-4155 | Vericrest Financial, Inc.<br>715 So. Metropolitan Ave.<br>Oklahoma City, OK 73108-2088 | WAYL 91.9FM The Promise<br>4190 Belford Rd., Ste. 450<br>Jacksonville, FL 32216-1405 |
| Wachovia Bank<br>3529 Thomasville Hwy<br>Tallahassee, FL 32309-3405 | West Asset Management<br>7171 Mercy Road<br>Omaha, NE 68106-2620 | Worlds foremost Bank<br>Cabela's Club<br>POB 82609<br>Lincoln NE 68501-2609 |
| Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | Yellowbook West<br>PO Box 660052<br>Dallas, TX 75266-0052 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T Bankruptcy
PO Box 1847
Wilson, NC 27894-1847
bankruptcy@bbandt.com

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Campus USA Credit Union<br>c/o Hiday & Ricke, P.A.<br>P.O. Box 550858<br>Jacksonville, FL 32255-0858 | (d)Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 | (u)Jerry A. Funk<br>Jacksonville |

End of Label Matrix
Mailable recipients    73
Bypassed recipients     3
Total                  76